UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAHSAAN A. ADAMS,

                                                                            05 Civ. 5576 (RPP)

                                          Petitioner,

                                                                            **OPINION & ORDER**

CRAIG APKER, Warden in his official capacity,

                                          Respondent.
-----------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

        Petitioner Rahsaan Adams brings this Petition for a writ of habeas corpus

pursuant to 28 U.S.C. § 2241.  Petitioner requests that this Court order Respondent Craig

Apker, Warden of the Federal Correctional Institution at Otisville, New York, to consider

transferring him to a community confinement center in good faith, in light of the factors

set forth in 18 U.S.C. § 3621(b), without reference to the Bureau of Prison's February

2005 Rule, 28 C.F.R. § 570.21.  Petitioner challenges 28 C.F.R. § 570.21 on the grounds

that the February 2005 Rule is contrary to the BOP's governing statutes.

        The Second Circuit recently held that "in transferring an inmate to a CCC or any

'available penal or correctional facility,' the BOP must consider the factors set forth in §

3621(b), without reference to 28 C.F.R. § 570.21."  Levine v. Apker, No. 05-2590, 2006

WL 1901020, at *13 (2d Cir. July 10, 2006).  In light of that decision, this Court orders

Respondent to consider, in good faith, transferring Petitioner to a community

confinement center, in light of the factors set forth in 18 U.S.C. § 3621(b), without

reference to the Bureau of Prison's February 2005 Rule, 28 C.F.R. § 570.21.  The Court

orders that Respondent make this determination promptly, and no later than twenty (20) days from the date of this Court's order.

IT IS SO ORDERED.

Dated: New York, New York
August ____, 2006

Robert P. Patterson, Jr.
U.S.D.J.

Copy of this Order sent to:

*Petitioner*

Rahsaan A. Adams
#68770-053
FCI – Camp Otisville
P.O. Box 1000
Otisville, NY 10963-1000

*Respondent*

Michael J. Garcia, United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
Attn: Lara K. Eshkenazi
Tel:    212-637-2758
Fax:    212-637-2702